**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: J.M., A MINOR  : No. 301 MAL 2014
:
:
PETITION OF: J.M., A MINOR  : Petition for Allowance of Appeal from the
: Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.